COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:     Garrison Christopher McCoy v. The State of Texas

Appellate case number:   01-13-00824-CR

Trial court case number: 1397913

Trial court:             230th District Court of Harris County

The Clerk of the Court has examined the clerk's record and has found that it does not comport with the Texas Rules of Appellate Procedure in that the clerk's record does not include a copy of the trial court's certification of appellant's right of appeal. *See* TEX. R. APP. P. 25.2(d), 34.5(a)(12), 37.1. This order constitutes notice to all parties of the defective certification. *See* TEX. R. APP. P. 37.1.

Accordingly, we abate the appeal and remand the cause to the trial court for further proceedings. The trial court shall immediately sign a certification of appellant's right to appeal. *See* TEX. R. APP. P. 25.2(a)(2), (d), (f), 34.5(a)(12), (c)(2), 37.1. Because appellant has filed his notice of appeal and brief, it is not necessary that defendant or his counsel sign the certification or that the trial court conduct a hearing.

The trial court clerk is directed to file a supplemental clerk's record containing a certification of appellant's right to appeal with this Court no later than 20 days from the date of this order. *See* TEX. R. APP. P. 34.5(c)(2).

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when a supplemental clerk's record is filed with the Clerk of this Court.

It is so ORDERED.

Judge's signature: /s/ Jim Sharp

☑ Acting individually     ☐ Acting for the Court

Date: April 22, 2014